[No. 36196-5-II. Division Two. March 18, 2008.]

TTMI CONSTRUCTION, INC., *Respondent*, v. POWELL BONNEY LAKE, LLC, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-2-04821-6, Rosanne Buckner, J., entered March 16, 2007. *Affirmed* by unpublished opinion per Van Deren, A.C.J., concurred in by Bridgewater and Penoyar, JJ.

[No. 25489-5-III. Division Three. March 20, 2008.]

*In the Matter of the Marriage of* SHEILA JEAN COX, *Appellant*, and WAYNE LEONARD COX, *Respondent*.

Appeal from a judgment of the Superior Court for Klickitat County, No. 01-3-00074-7, E. Thompson Reynolds, J., entered August 8, 2006. *Affirmed in part* and *remanded* by unpublished opinion per Kulik, J., concurred in by Brown, J., and Thompson, J. Pro Tem.

[No. 25739-8-III. Division Three. March 20, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL BALDERAS GOMEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 05-1-00725-0, John M. Antosz, J., entered October 5, 2006. *Affirmed in part* and *remanded* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Korsmo, J.